IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL MATHIS,<br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN HEATING AND AIR CONDITIONING, INC.,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 13-3740 |

## O R D E R

**AND NOW,** this 7th day of October, 2014, upon consideration of defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) (Document No. 10, filed Oct. 1, 2013), plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Document No. 12, filed Oct. 8, 2013), and defendant's Reply to Response to Rule 12(b)(6) Motion to Dismiss (Document No. 13, filed Oct. 15, 2013), **IT IS ORDERED** that defendant's Motion to Dismiss is **GRANTED** with respect to that part of the Motion which seeks a dismissal of plaintiff's failure to accommodate claim under Title VII, 42 U.S.C. §§ 2000e et seq., and the Pennsylvania Human Relations Act, 43 PA. CONS. STAT. §§ 951 et seq., and is **DENIED** in all other respects.

  **IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course. Discovery may proceed in the interim.

               BY THE COURT:

               /s/ Hon. Jan E. DuBois
                **DuBOIS, JAN E., J.**